UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VERDUGO, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CITY OF EL CENTRO, et al.,<br><br>                                    Defendants. | Case No.:  20cv2458-W(LR)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS** |

A video follow-up Settlement Conference was held via Zoom, during which the case settled.  In light of the settlement, the Court **VACATES** all pending dates before Magistrate Judge Lupe Rodriguez, Jr.  Any matters currently scheduled before the district judge will remain in effect pending notice from that court.  The parties are ordered to file their Joint Motion to Dismiss this case, signed by counsel of record and any unrepresented parties, no later than **May 26, 2023**.  A proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

1

20cv2458-W(LR)

**If the fully executed Joint Motion to Dismiss is not filed by May 26, 2023**, then **all counsel of record and unrepresented parties are required to appear** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held telephonically on **June 2, 2023** at **9:00 a.m.** with Magistrate Judge Rodriguez. Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Rodriguez's chambers is (760) 339-4250. If the parties file their Joint Motion to Dismiss on or before **May 26, 2023**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed Joint Motion to Dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: April 14, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge